THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| Pack Liquidating, LLC, *et al.* : | |
| : | |
| : | Case No. 22–10797 (CTG) |
| : | |
| Debtors. : | (Jointly Administered) |
| --------------------------------------------------------- : | |
| Official Committee of Unsecured Creditors of : | |
| Pack Liquidating, LLC, *et al.*, derivatively, on : | |
| behalf of the Debtors' estates, : | |
| : | |
| *Plaintiff*, : | |
| : | Adv. Pro. No. 23-50590 (CTG) |
| v. : | |
| : | |
| Andrew Vagenas; 62 Castle Ridge LLC; : | |
| Bradley Tramunti; Milend LLC; Gioia Ventures : | |
| LLC; James Mastronardi; PPJDM LLC; : | |
| JFMW Capital LLC; Jonathan Webb; Adam : | |
| Berkowitz; 710 Holdings LLC; Glenn Nussdorf;: | |
| Quality King Distributors, Inc.; Quality King : | |
| Fragrances, Inc. d/b/a Quality Fragrance; Olla : | |
| Beauty Supply, LLC d/b/a Ultra/Standard : | |
| Distributors; Pro's Choice Beauty Care, Inc.; : | |
| Deborah International Beauty Ltd.; RB Health : | |
| (US) LLC; Reckitt Benckiser LLC d/b/a RB : | |
| HyHo; Mead Johnson & Company LLC; : | |
| McKesson Ventures LLC; McKesson : | |
| Corporation d/b/a McKesson Medical; : | |
| McKesson Medical-Surgical Minnesota Supply : | |
| Inc.; Sealed Air Corporation (US); Shanklin : | |
| Corp.; Automated Packaging Systems; The : | |
| Emerson Group; Emerson Healthcare, LLC; : | |
| Scott Emerson; Nitish Kapoor; Thomas Rodgers;: | |
| Arjun Purkayastha; Carrie Williams; : | |
| and Alter Domus (US) LLC, : | |
| : | |
| *Defendants*. : | |

---------------------------------------------------------x

**MOTION FOR LEAVE TO FILE, UNDER SEAL,
FIRST AMENDED COMPLAINT OF THE OFFICIAL COMMITTEE OF UNSECURED
<u>CREDITORS AGAINST ANDREW VAGENAS, *ET AL*.</u>**

1

The Official Committee of Unsecured Creditors (the "Committee") of Pack Liquidating, LLC and its affiliated debtors (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this motion (the "Motion") for entry of an order, substantially in the form submitted herewith (the "Order"), granting the Committee leave to file under seal the First Amended Complaint (the "Amended Complaint") in the above-captioned adversary proceeding (the "Adversary Proceeding"). In support of this Motion, the Committee respectfully represents as follows:

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. The Committee confirms its consent, pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein is section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Local Rule 9018-1(d).

**Background**

4. On August 28, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court. Following the Petition

Date, the Debtors remained in possession of their assets and continued to operate and manage their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code to implement the wind down of the Debtors' operations. As of the filing of this Complaint, the wind down process has been substantially completed.

5. Packable Holdings, LLC f/k/a Entourage Commerce LLC and now known as Pack Liquidating, LLC ("Holdings") is the parent holding company for each of the other Debtors. Pharmapacks, LLC ("Pharmapacks") (now known as PP Liquidating, LLC) was the Debtors' primary operating entity.

6. On September 13, 2022, the Office of the United States Trustee for the District of Delaware duly appointed the Committee in the Chapter 11 Cases pursuant to Bankruptcy Code section 1102.

7. Pursuant to Bankruptcy Code section 1103, the Committee has investigated, and continues to investigate, the acts, conduct, assets, liabilities, and financial condition of the Debtors.

8. On May 19, 2023, the Court entered the *Order Approving Stipulation and Order Granting Derivative Standing to the Official Committee of Unsecured Creditors to Commence Preference and Related Chapter 5 Litigation Claims on Behalf of the Debtors' Estates* (the "Avoidance Action Order"),[1] which granted derivative standing to the Committee to investigate, assert, and settle preference claims and related Chapter 5 causes of action (collectively, "Chapter 5 Avoidance Actions") on behalf of the Debtors' estates.

---

[1] Docket No. 769.

9. On September 28, 2024, the Committee filed the Complaint commencing this Adversary Proceeding and sought confirmation from this Court regarding the Committee's standing to bring the Adversary Proceeding.

10. On February 2, 2024, this Court issued the Memorandum Opinion confirming the Committee's standing to file the Complaint. The parties to the Adversary Proceeding are currently preparing an agreed order complying with the Memorandum Opinion.

11. On March 22, 2024, the Committee filed the Amended Complaint.

12. The Committee files the Amended Complaint, among other things, (i) to avoid liens; (ii) to avoid fraudulent transfers, and (iii) for breach of fiduciary duty.

## Relief Requested

13. The Committee respectfully requests entry of the Proposed Order submitted herewith granting the Committee leave to file the Amended Complaint under seal.

## Basis for Relief

14. A portion of the Amended Complaint contains information that has been designated as confidential pursuant to the Confidentiality, Non-Disclosure, and Non-Waiver Agreement between the Debtors and the Committee (the "Confidentiality Agreement"). The Debtors produced documents subject to the Confidentiality Agreement, and the Committee agreed to keep such documents confidential. The Committee seeks to comply with the agreement protecting confidential information contained in the Complaint.

15. Pursuant to Local Rule 9018-1(d), the undersigned hereby certifies that counsel for the Committee conferred in good faith with counsel for the Debtors, the holders of confidentiality rights, through email correspondence in an effort to reach an agreement concerning what information contained in the Complaint must remain sealed from public view.

16. The Debtors and the Committee have conferred and agreed to the filing of a redacted version of the Amended Complaint.

**Notice**

17. The Committee has provided notice of this Motion to the following parties or their respective counsel: (a) the office of the U.S. Trustee; (b) the Debtor; (c) the Prepetition Lender; and (d) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Committee submits that, in light of the nature of the relief requested, no other or further notice need be given.

**No Prior Request**

18. The Committee has requested leave to file the Complaint under seal, which was granted. *See* Docket No. 1078. No prior request for the relief sought in this Motion regarding the Amended Complaint has been made to this or any other court.

WHEREFORE, the Committee respectfully requests that the Court enter the Proposed Order authorizing and permitting the Committee to file the Amended Complaint under seal, and for such other and further relief as the Court deems just and proper.

Dated: March 22, 2024                **A.M. SACCULLO LEGAL, LLC**

*/s/ Mary E. Augustine*
Anthony M. Saccullo (DE No. 4141)
Mark T. Hurford (DE No. 3299)
Mary E. Augustine (DE No. 4477)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: ams@saccullolegal.com
mark@saccullolegal.com
meg@saccullolegal.com

-and-

**ASK LLP**
Nicholas C. Brown, Esq.
(admitted *pro hac vice*)
2600 Eagan Woods Drive, Ste. 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Facsimile: (651) 406-9676
Email: nbrown@askllp.com

*Counsel to the Official Committee of Unsecured Creditors*