THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
Pack Liquidating, LLC, *et al.*                     :
                                                    :
                                                    :    Case No. 22–10797 (CTG)
                                                    :
                              Debtors.              :    (Jointly Administered)
--------------------------------------------------- :
Official Committee of Unsecured Creditors of        :
Pack Liquidating, LLC, *et al.*, derivatively, on   :
behalf of the Debtors' estates,                     :
                                                    :
                              *Plaintiff*,          :
                                                    :    Adv. Pro. No. 23-50590 (CTG)
            v.                                      :
                                                    :
Andrew Vagenas; 62 Castle Ridge LLC;                :
Bradley Tramunti; Milend LLC; Gioia Ventures        :
LLC; James Mastronardi; PPJDM LLC;                  :
JFMW Capital LLC; Jonathan Webb; Adam               :
Berkowitz; 710 Holdings LLC; Glenn Nussdorf;        :
Quality King Distributors, Inc.; Quality King       :
Fragrances, Inc. d/b/a Quality Fragrance; Olla      :
Beauty Supply, LLC d/b/a Ultra/Standard             :
Distributors; Pro's Choice Beauty Care, Inc.;       :
Deborah International Beauty Ltd.; RB Health        :
(US) LLC; Reckitt Benckiser LLC d/b/a RB            :
HyHo; Mead Johnson & Company LLC;                   :
McKesson Ventures LLC; McKesson                     :
Corporation d/b/a McKesson Medical;                 :
McKesson Medical-Surgical Minnesota Supply          :    Re: Docket No. _____
Inc.; Sealed Air Corporation (US); Shanklin         :
Corp.; Automated Packaging Systems; The             :
Emerson Group; Emerson Healthcare, LLC;             :
Scott Emerson; Nitish Kapoor; Thomas Rodgers;       :
Arjun Purkayastha; Carrie Williams;                 :
and Alter Domus (US) LLC,                           :
                                                    :
                              *Defendants*.         :
---------------------------------------------------------------x

# ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS LEAVE TO FILE, UNDER SEAL, FIRST AMENDED COMPLAINT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AGAINST <u>ANDREW VAGENAS, *ET AL.*</u>

Upon the Committee's Motion for leave to file its First Amended Complaint under seal with redactions; and the Court having reviewed the Motion; and the Court having found that it has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334; and having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and having found that notice of the Motion was proper and sufficient under the circumstances, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted.
2. The Committee is authorized to file the First Amended Complaint under seal with redactions pursuant to Local Rule 9018-1(d).
3. This Court shall retain jurisdiction with respect to all matters arising from and related to the implementation of this Order.