# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Pack Liquidating, LLC, *et al.* | : | |
| | : | |
| | : | Case No. 22–10797 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------- | : | |
| Official Committee of Unsecured Creditors of | : | |
| Pack Liquidating, LLC, *et al.*, derivatively, on | : | |
| behalf of the Debtors' estates, | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | Adv. Pro. No. 23-50590 (CTG) |
| v. | : | |
| | : | |
| Andrew Vagenas; 62 Castle Ridge LLC; | : | |
| Bradley Tramunti; Milend LLC; Gioia Ventures | : | |
| LLC; James Mastronardi; PPJDM LLC; | : | |
| JFMW Capital LLC; Jonathan Webb; Adam | : | |
| Berkowitz; 710 Holdings LLC; Glenn Nussdorf; | : | |
| Quality King Distributors, Inc.; Quality King | : | |
| Fragrances, Inc. d/b/a Quality Fragrance; Olla | : | |
| Beauty Supply, LLC d/b/a Ultra/Standard | : | |
| Distributors; Pro's Choice Beauty Care, Inc.; | : | |
| Deborah International Beauty Ltd.; RB Health | : | |
| (US) LLC; Reckitt Benckiser LLC d/b/a RB | : | |
| HyHo; Mead Johnson & Company LLC; | : | |
| McKesson Ventures LLC; McKesson | : | |
| Corporation d/b/a McKesson Medical; | : | |
| McKesson Medical-Surgical Minnesota Supply | : | Re: Docket No. 13 |
| Inc.; Sealed Air Corporation (US); Shanklin | : | |
| Corp.; Automated Packaging Systems; The | : | |
| Emerson Group; Emerson Healthcare, LLC; | : | |
| Scott Emerson; Nitish Kapoor; Thomas Rodgers; | : | |
| Arjun Purkayastha; Carrie Williams; | : | |
| and Alter Domus (US) LLC, | : | |
| | : | |
| *Defendants*. | : | |
| -------------------------------------------------x | | |

# ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS LEAVE TO FILE, UNDER SEAL, FIRST AMENDED COMPLAINT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AGAINST ANDREW VAGENAS, *ET AL.*

Upon the Committee's Motion for leave to file its First Amended Complaint under seal with redactions; and the Court having reviewed the Motion; and the Court having found that it has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334; and having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and having found that notice of the Motion was proper and sufficient under the circumstances, and that no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is granted.
2. The Committee is authorized to file the First Amended Complaint under seal with redactions pursuant to Local Rule 9018-1(d).
3. This Court shall retain jurisdiction with respect to all matters arising from and related to the implementation of this Order.

Dated: April 9th, 2024
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE