# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>Plaintiff,<br><br>vs.<br><br>Jonathan Webb, *et al.*,<br><br>Defendant. | Adv. No. 23-50590 (CTG) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT

The Official Committee of Unsecured Creditors (the "Committee" or "Plaintiff") of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the debtors and debtors-in-possession in the above-captioned bankruptcy proceedings (collectively, the "Debtors"), and Jonathan Webb (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is extended to and including June 14, 2024.

2. Defendant acknowledges receipt of service of process of the Summons and Complaint.

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

| | |
|---|---|
| Dated: May 6, 2024 | Dated: May 6, 2024 |
| **A.M. SACCULLO LEGAL, LLC** | **THE ROSNER LAW GROUP LLC** |
| */s/ Mary E. Augustine* | */s/ Frederick B. Rosner* |
| Anthony M. Saccullo (No. 4141) | Frederick B. Rosner (No. 3995) |
| Mark T. Hurford (No. 3299) | 824 N. Market Street, Suite 810 |
| Mary E. Augustine (No. 4477) | Wilmington, DE 19801 |
| 27 Crimson King Drive | Telephone: (302) 777-1111 |
| Bear, DE 19701 | Email: rosner@teamrosner.com |
| Telephone: (302) 836-8877 | |
| Facsimile: (302) 836-8787 | *Counsel for Defendant* |
| Email: ams@saccullolegal.com | |
|       mark@saccullolegal.com | |
|       meg@saccullolegal.com | |

*-and-*

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Nicholas C. Brown, Esq., NC SBN 38054
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Fax: (651) 406-9665
Email: nbrown@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342


*Special Litigation Counsel to the Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al.*