# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC, *et al.*,[1]<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>                                  Plaintiff,<br>vs.<br><br>Deborah International Beauty Ltd., Glenn Nussdorf, Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors, Pro's Choice Beauty Care, Inc., Quality King Distributors, Inc., Quality King Fragrances, Inc.d/b/a Quality Fragrance, et al.,<br><br>                                  Defendants. | Adv. No. 23-50590 (CTG) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT

The Official Committee of Unsecured Creditors (the "Committee" or "Plaintiff") of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the debtors and debtors-in-possession in the above-captioned bankruptcy proceedings (collectively, the "Debtors"), and Deborah International Beauty Ltd., Glenn Nussdorf, Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors, Pro's Choice Beauty Care, Inc., Quality King Distributors, Inc., Quality King Fragrances, Inc.d/b/a Quality Fragrance (the "Defendants" and, together with Plaintiff, the "Parties"), through their

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

1

respective counsel, enter into this *Stipulation for Extension of Time For Defendants to Respond to the First Amended Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which Defendants may answer, move, or otherwise plead to the First Amended Complaint [D.I. 7] is hereby extended to and including June 3, 2024.

2. In exchange for Plaintiff's agreement to extend the response deadline, Defendants agree to waive any issues relating to service of process of the Summons and Complaint.

| | |
|---|---|
| Dated: May 9, 2024 | Dated: May 9, 2024 |
| **A.M. SACCULLO LEGAL, LLC** | **Greenberg Traurig, LLP** |
| */s/ Mary E. Augustine* | */s/ Dennis A. Meloro* |
| Anthony M. Saccullo (No. 4141) | Dennis A. Meloro (No. 4435) |
| Mark T. Hurford (No. 3299) | 222 Delaware Avenue, Suite 1600 |
| Mary E. Augustine (No. 4477) | Wilmington, DE 19801 |
| 27 Crimson King Drive | Telephone: (302) 661-7395 |
| Bear, DE 19701 | Facsimile: (302) 661-7360 |
| Telephone: (302) 836-8877 | Email: dennis.meloro@gtlaw.com |
| Facsimile: (302) 836-8787 | |
| Email: ams@saccullolegal.com | *Counsel for Defendants* |
|       mark@saccullolegal.com | |
|       meg@saccullolegal.com | |

-and-

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Nicholas C. Brown, Esq., NC SBN 38054
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Fax: (651) 406-9665
Email: nbrown@askllp.com

-and-

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165

Telephone: (212) 267-7342

*Special Litigation Counsel to the Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al.*