## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>Plaintiff,<br>vs.<br><br>Emerson Group, Emerson Healthcare, LLC, Scott Emerson, *et al.*,<br><br>Defendant. | Adv. No. 23-50590 (CTG) |

## STIPULATION FOR EXTENSION OF TIME FOR
## DEFENDANTS TO RESPOND TO THE COMPLAINT

The Official Committee of Unsecured Creditors (the "Committee" or "Plaintiff") of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the debtors and debtors-in-possession in the above-captioned bankruptcy proceedings (collectively, the "Debtors"), and S. Emerson Group, Inc. d/b/a The Emerson Group; Emerson Healthcare, LLC; and Scott Emerson (the "Defendants" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendants to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

---

[1]    The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

1.     The Parties agree and stipulate that the time within which Defendants may answer, move, or otherwise plead to the *First Amended Complaint* [D.I. 8] is hereby further extended to and including June 14, 2024.

2.     Defendants admit that Defendants are the proper party defendants as named in the Summons and Complaint, provided, however, the correct legal name of The Emerson Group is "S. Emerson Group, Inc."

3.     In exchange for Plaintiff's agreement to extend the response deadline, Defendants agree to waive any issues relating to service of process of the Summons and Complaint.

| | |
|---|---|
| Dated: May 9, 2024 | Dated: May 9, 2024 |
| **A.M. SACCULLO LEGAL, LLC** | **COOCH AND TAYLOR, P.A.** |
| */s/ Mary E. Augustine* | */s/ R. Grant Dick IV* |
| Anthony M. Saccullo (No. 4141) | R. Grant Dick IV (No. 5123) |
| Mark T. Hurford (No. 3299) | The Brandywine Building |
| Mary E. Augustine (No. 4477) | 1000 N. West Street, Suite 1500 |
| 27 Crimson King Drive | Wilmington, DE 19801 |
| Bear, DE 19701 | Telephone: (302) 984-3867 |
| Telephone: (302) 836-8877 | Facsimile: (302) 984-3939 |
| Facsimile: (302) 836-8787 | Email: gdick@coochtaylor.com |
| Email: ams@saccullolegal.com | |
|     mark@saccullolegal.com | *Counsel for Defendants S. Emerson Group, Inc.* |
|     meg@saccullolegal.com | *d/b/a The Emerson Group; Emerson* |
| | *Healthcare, LLC; and Scott Emerson* |

*-and-*

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Nicholas C. Brown, Esq., NC SBN 38054
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Fax: (651) 406-9665
Email: nbrown@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342


*Special Litigation Counsel to the Official
Committee of Unsecured Creditors of Pack
Liquidating, LLC, et al.*