IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
Pack Liquidating, LLC, *et al.*[1]              :   Case No. 22–10797 (CTG)
                                                :
                              Debtors.          :   (Jointly Administered)
---------------------------------------------- :
Official Committee of Unsecured Creditors of    :
Pack Liquidating, LLC, *et al.*, derivatively, on :
behalf of the Debtors' estates,                 :
                                                :
                              Plaintiff,        :
                                                :   Adv. Pro. No. 23–50590 (CTG)
                    v.                          :
                                                :
Andrew Vagenas; 62 Castle Ridge LLC;            :
Bradley Tramunti; Milend LLC; Gioia Ventures   :
LLC; James Mastronardi; PPJDM LLC;              :
JFMW Capital LLC; Jonathan Webb; Adam           :
Berkowitz; 710 Holdings LLC; Glenn Nussdorf;    :
Quality King Distributors, Inc.; Quality King   :
Fragrances, Inc. d/b/a Quality Fragrance; Olla  :
Beauty Supply, LLC d/b/a Ultra/Standard         :
Distributors; Pro's Choice Beauty Care, Inc.;   :
Deborah International Beauty Ltd.; RB Health    :
(US) LLC; Reckitt Benckiser LLC d/b/a RB        :
HyHo; Mead Johnson & Company LLC;               :
McKesson Ventures LLC; McKesson                 :
Corporation d/b/a McKesson Medical;             :
McKesson Medical-Surgical Minnesota Supply      :
Inc.; Sealed Air Corporation (US); Shanklin     :
Corp.; Automated Packaging Systems; The         :
Emerson Group; Emerson Healthcare, LLC;         :
Scott Emerson; Nitish Kapoor; Thomas Rodgers;   :
Arjun Purkayastha; Carrie Williams;             :
and Alter Domus (US) LLC,                       :
                                                :
                              Defendants.       :
---------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

1

## STIPULATION FOR EXTENSION OF TIME FOR
## DEFENDANTS ANDREW VAGENAS, 62 CASTLE RIDGE LLC, BRADLEY TRAMUNTI, MILEND LLC, GIOIA VENTURES LLC, JAMES MASTRONARDI, PPJDM LLC, JFMW CAPITAL LLC, ADAM BERKOWITZ, AND 710 HOLDINGS LLC <u>TO RESPOND TO THE COMPLAINT</u>

The Official Committee of Unsecured Creditors (the "<u>Committee</u>" or "<u>Plaintiff</u>") of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the debtors and debtors-in-possession in the above-captioned bankruptcy proceedings (collectively, the "<u>Debtors</u>"), and Andrew Vagenas, 62 Castle Ridge LLC, Bradley Tramunti, Milend LLC, Gioia Ventures LLC, James Mastronardi, PPJDM LLC, JFMW Capital LLC, Adam Berkowitz, and 710 Holdings LLC (collectively, the "<u>Defendants</u>" and, together with Plaintiff, the "<u>Parties</u>"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendants Andrew Vagenas, 62 Castle Ridge LLC, Bradley Tramunti, Milend LLC, Gioia Ventures LLC, James Mastronardi, PPJDM LLC, JFMW Capital LLC, Adam Berkowitz, and 710 Holdings LLC to Respond to the Complaint* (the "<u>Stipulation</u>") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendants may answer, move, or otherwise plead to the Amended Complaint [Adv. D.I. 7] is hereby extended to and including July 5, 2024.

2. The Defendants admit that each of them is the proper party defendant as named in the Summons and Amended Complaint.

3. In exchange for Plaintiff's agreement to extend the response deadline, the Defendants agree to waive any issues relating to service of process of the Summons and Amended Complaint.

| | |
|---|---|
| Dated: May 17, 2024 | Dated: May 17, 2024 |
| **A.M. SACCULLO LEGAL, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| /s/ *Mary Augustine* | */s/ Kate Scherling* |
| Anthony M. Saccullo, Esq.<br>Mark T. Hurford, Esq.<br>Mary Augustine, Esq.<br>27 Crimson King Drive<br>Bear, DE 19701<br>Telephone: (302) 836-8877<br>Facsimile: (302) 836-8787<br>Email: AMS@saccullolegal.com<br>  Mark@saccullolegal.com<br>  Meg@saccullolegal.com | Kate Scherling<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7178<br>Email: katescherling@quinnemanuel<br><br>e |
| -and- | -and- |
| Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292<br>Nicholas C. Brown, Esq., NC SBN 38054<br>**ASK LLP**<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>Telephone: (651) 289-3846<br>Fax: (651) 406-9665<br>Email: nbrown@askllp.com | Christopher Fong, Esq.<br>NIXON PEABODY LLP<br>55 West 46th St.<br>New York, NY 10036<br>Telephone: (212) 940-3000<br>cfong@nixonpeabody.com |
| -and- | |
| Edward E. Neiger, Esq.<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342 | *Counsel for the Defendants* |
| *Special Litigation Counsel to the Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al.* | |

4858-6932-2428, v. 1