# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pack Liquidating, LLC, *et al.*[1] | Case No. 22-10797 (CTG) |
| Debtors. | (Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estate, | |
| Plaintiff, | Adv. Proc. No. *See* Exhibit A |
| v. | |
| Defendants Listed on Exhibit A, | |
| Defendants. | |

## AMENDED[2] NOTICE OF AGENDA OF MATTER SCHEDULED
## FOR HEARING ON MAY 30, 2024 AT 10:00 A.M. (ET)

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) the business day the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

### RESOLVED MATTER:

1.  Interim Fee Applications attached hereto as **Exhibit B**.

    Response/Objection Deadline:    See objection deadlines on Exhibit B

    Responses/Objections Received:    See objections/responses on Exhibit B

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Pack Liquidating, LLC (6932); GV Liquidating LLC (1513); PM Liquidating, LLC (6006); PP Liquidating, LLC (6676); PV Liquidating, LLC (1172); and AB Liquidating, LLC (8582). The location of the Debtors' service address in these chapter 11 cases is c/o Cooley LLP, 55 Hudson Yards, New York, NY 10001.

[2] **Amended items appear in bold.**

Related Documents:

A. Certification of Counsel Regarding Omnibus Order Awarding Interim Fee Applications [Docket No. 1352 – filed May 23, 2024]

B. Omnibus Order Awarding Interim Fee Applications [Docket No. 1354 – entered May 28, 2024]

Status: On May 23, 2023, the Court entered an order regarding this matter. Accordingly, a hearing is no longer necessary.

**PRETRIAL CONFERENCES:**

2. Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates v. Andrew Vagenas, *et al.*, Adv. Proc. No. 23-50590.

    A. [Redacted] Complaint [Adv. Docket No. 1 – filed September 28, 2023]

    B. [SEALED] Complaint [Adv. Docket No. 2 – filed September 28, 2023]

    C. Order Granting Plaintiff's Motion for Extension of Time to Effect Service of Process as to All Defendants [Adv. Docket No. 6 – entered January 10, 2024]

    D. [Redacted] First Amended Complaint [Adv. Docket No. 7 – filed March 22, 2024]

    E. [SEALED] First Amended Complaint [Adv. Docket No. 8 – filed March 22, 2024]

    F. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 11 – filed April 4, 2024]

    G. Order Granting Official Committee of Unsecured Creditors Leave to File, Under Seal, First Amended Complaint of the Official Committee of Unsecured Creditors Against Andrew Vagenas, *et al*. [Adv. Docket. No. 15 – entered April 9, 2024]

    H. Second Order Granting Plaintiff's Motion for Extension of Time to Effect Service of Process as to All Defendants [Adv. Docket No. 16 – entered April 9, 2024]

    I. Stipulation for Extension of Time for Defendant to Respond to the Complaint [Adv. Docket No. 17 – filed May 6, 2024]

    J. Stipulation for Extension of Time for Defendants Sealed Air Corporation (US), Automated Packaging Systems, and Shanklin Corporation to Respond to the Complaint [Adv. Docket No. 18 – filed May 6, 2024]

    K. Stipulation for Extension of Time for Defendants RB Health (US) LLC, Reckitt Benckiser LLC d/b/a RB Hyho, Mead Johnson & Company, LLC, Nitish Kapoor and Arjun Purkayastha to Respond to the Complaint [Adv. Docket No. 19 – filed May 7, 2024]

L. Stipulation for Extension of Time for Defendants to Respond to the First Amended Complaint [Adv. Docket No. 20 – filed May 9, 2024]

M. Stipulation for Extension of Time for Defendants to Respond to the Complaint [Adv. Docket No. 21 – filed May 9, 2024]

N. Stipulation for Extension of Time for Defendants Andrew Vagenas, 62 Castle Ridge LLC, Bradley Tramunti, Milend LLC, Gioia Ventures LLC, James Mastronardi, PPJDM LLC, JFMW Capital LLC, Adam Berkowitz, and 710 Holdings LLC to Respond to the Complaint [Adv. Docket No. 22 – filed May 17, 2024]

Status: **The Committee and the defendants have agreed to continue the pretrial conference to June 17, 2024 at 10:00 a.m. Accordingly, the Committee requests that the pretrial conference be continued to June 17, 2024 at 10:00 a.m.**

3. Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates v. All Types Building Maintenance, Inc., Adv. Proc. No. 24-50047.

   A. Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 [Adv. Docket No. 1 – filed April 22, 2024]

   B. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3 – filed April 23, 2024]

   Status: **The Committee and the defendant have agreed to continue the pretrial conference to June 17, 2024 at 10:00 a.m. Accordingly, the Committee requests that the pretrial conference be continued to June 17, 2024 at 10:00 a.m.**

4. Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates v. Nimble Gravity LLC, Adv. Proc. No. 24-50048.

   A. Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 [Adv. Docket No. 1 – filed April 22, 2024]

   B. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3 – filed April 23, 2024]

   C. **Notice of Proposed Scheduling Order [Adv. Docket No. 5 – filed May 29, 2024]**

Status: **On May 29, 2024, the Committee filed and circulated a proposed scheduling order and is in the process of obtaining consent from the defendant to seek entry of the scheduling order and to continue the pretrial conference to June 17, 2024 at 10:00 a.m.**

Dated: May **30**, 2024
Wilmington, Delaware

Respectfully submitted,

*/s/ Levi Akkerman*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Aaron H. Stulman (No. 5807)
Levi Akkerman (No. 7015)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
       kgood@potteranderson.com
       astulman@potteranderson.com
       lakkerman@potteranderson.com

- and -

Michael Klein, Esq.
Erica Richards, Esq.
Paul Springer, Esq.
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: mklein@cooley.com
       erichards@cooley.com
       pspringer@cooley.com

- and -

Cullen Drescher Speckhart, Esq.
**COOLEY LLP**
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: cspeckhart@cooley.com

*Counsel for Debtors and Debtors in Possession*

11531252v.2

# EXHIBIT A

| ADVERSARY PROC. NO. | DEFENDANT NAME |
|---|---|
| 23-50590 | Andrew Vagenas, *et al*. |
| 24-50047 | All Types Building Maintenance, Inc. |
| 24-50048 | Nimble Gravity LLC |

<b><u>EXHIBIT B</u></b>

<b>IN THE UNITED STATES BANKRUPTCY COURT<br>
FOR THE DISTRICT OF DELAWARE</b>

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC, *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 1304, 1305, 1306, 1325, 1326, 1327, 1328** |

<b>INDEX FOR INTERIM FEE APPLICATIONS TO BE CONSIDERED<br>
AT THE HEARING ON MAY 30, 2024 AT 10:00 A.M. (ET)</b>

1. Sixth Interim Application of Cooley LLP, as Counsel to the Debtors, for Compensation and Reimbursement of Expenses for the Period of December 1, 2023 Through February 29, 2024 [Docket No. 1304 - filed April 15, 2024]

    <u>Objection/Response Deadline</u>   May 6, 2024 at 4:00 p.m. (ET)

    <u>Objection/Responses Received</u>:   None.

    <u>Related Documents</u>:

    A. Sixteenth Monthly Application of Cooley LLP, as Counsel to the Debtors, for Compensation and Reimbursement of Expenses for the Period of December 1, 2023 Through December 31, 2023 [Docket No. 1214– filed January 23, 2024]

    B. Certificate of No Objection Regarding Sixteenth Monthly Application of Cooley LLP, as Counsel to the Debtors, for Compensation and Reimbursement of Expenses for the Period of December 1, 2023 Through December 31, 2023 [Docket No. 1242 – filed February 13, 2024]

    C. Seventeenth Monthly Application of Cooley LLP, as Counsel to the Debtors, for Compensation and Reimbursement of Expenses for the Period of January 1, 2024 Through January 31, 2024 [Docket No. 1299 – filed April 11, 2024]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Pack Liquidating, LLC (6932); GV Liquidating LLC (1513); PM Liquidating, LLC (6006); PP Liquidating, LLC (6676); PV Liquidating, LLC (1172); and AB Liquidating, LLC (8582). The location of the Debtors' service address in these chapter 11 cases is c/o Cooley LLP, 55 Hudson Yards, New York, NY 10001.

D. Eighteenth Monthly Application of Cooley LLP, as Counsel to the Debtors, for Compensation and Reimbursement of Expenses for the Period of February 1, 2024 Through February 29, 2024 [Docket No. 1300 – filed April 11, 2024]

E. Certificate of No Objection Regarding Seventeenth Monthly Application of Cooley LLP, as Counsel to the Debtors, for Compensation and Reimbursement of Expenses for the Period of January 1, 2024 Through January 31, 2024 [Docket No. 1330– filed May 2, 2024]

F. Certificate of No Objection Regarding Eighteenth Monthly Application of Cooley LLP, as Counsel to the Debtors, for Compensation and Reimbursement of Expenses for the Period of February 1, 2024 Through February 29, 2024 [Docket No. 1331 – filed May 2, 2024]

2. Combined Sixth Monthly and Interim Application of Baker Tilly US, LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Accountants to the Debtors and Debtors in Possession for the Period December 1, 2023 Through February 29, 2024 [Docket No. 1305 - filed April 15, 2024]

   Objection/Response Deadline        May 6, 2024 at 4:00 p.m. (ET)

   Objection/Responses Received:      None.

   Related Documents: None.

3. Sixth Interim Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period December 1, 2023 Through February 29, 2024 [Docket No. 1306 - filed April 15, 2024]

   Objection/Response Deadline        May 6, 2024 at 4:00 p.m. (ET)

   Objection/Responses Received:      None.

   Related Documents:

   A. Sixteenth Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period December 1, 2023 Through December 31, 2023 [Docket No. 1207 – filed January 22, 2024]

   B. Certificate of No Objection Regarding Sixteenth Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in

Possession for the Period December 1, 2023 Through December 31, 2023 [Docket No. 1241 – filed February 13, 2024]

  C. Seventeenth Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period January 1, 2024 Through January 31, 2024 [Docket No. 1252 – filed February 20, 2024]

  D. Certificate of No Objection Regarding Seventeenth Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period January 1, 2024 Through January 31, 2024 [Docket No. 1280 – filed March 12, 2024]

  E. Eighteenth Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period February 1, 2024 Through February 29, 2024 [Docket No. 1283 – filed March 20, 2024]

  F. Certificate of No Objection Regarding Eighteenth Monthly Application of Potter Anderson & Corroon LLP for Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period February 1, 2024 Through February 29, 2024 [Docket No. 1297 – filed April 10, 2024]

4. Sixth Interim Fee Application of Kelley Drye & Warren LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Lead Counsel to the Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.* for the Period from December 1, 2023 Through and Including February 29, 2024 [Docket No. 1325 - filed May 1, 2024]

  <u>Objection/Response Deadline</u>  May 22, 2024 at 4:00 p.m. (ET)

  <u>Objection/Responses Received</u>:  None.

  <u>Related Documents</u>:  None.

5. Sixth Interim Application of ASK LLP for Compensation and Reimbursement of Expenses as Special Litigation Counsel for the Official Committee of Unsecured Creditors for the Period of December 1, 2023 Through February 29, 2024 and Request to Waive Certain Information Requirements Regarding Time Entries and Billable Hours Pursuant to Local Rules 2016-2(d), (h) [Docket No.1326 - filed May 1, 2024]

  <u>Objection/Response Deadline</u>  May 22, 2024 at 4:00 p.m. (ET)

  <u>Objection/Responses Received</u>:  None.

Related Documents:  None

6. Sixth Interim Application of A.M. Saccullo Legal, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2023 Through February 29, 2024 [Docket No. 1327 - filed May 1, 2024]

    Objection/Response Deadline    May 22, 2024 at 4:00 p.m. (ET)

    Objection/Responses Received:    None.

    Related Documents:

    A.  Combined Tenth Monthly Application of A.M. Saccullo Legal, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2023 Through February 29, 2024 [Docket No. 1322 – filed April 25, 2024]

    B.  Certificate of No Objection Regarding the Combined Tenth Monthly Application of A.M. Saccullo Legal, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period December 1, 2023 Through February 29, 2024 [Docket No. 1340 – filed May 16, 2024]

7. Sixth Interim Fee Application of Dundon Advisers LLC, Financial Advisor for the Official Committee of Unsecured Creditors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2023 Through February 29, 2024 [Docket No. 1328 - filed May 1, 2024]

    Objection/Response Deadline    May 22, 2024 at 4:00 p.m. (ET)

    Objection/Responses Received:    None.

    Related Documents:    None.