# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC, *et al.*,[1] | Chapter 11<br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>      Plaintiff,<br><br>   v.<br><br>Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; and Deborah International Beauty Ltd., *et al.*,<br><br>      Defendants. | Adv. Pro. No. 23-50590 (CTG) |

## CERTIFICATION OF COUNSEL REGARDING ORDER EXTENDING TIME FOR ABOVE-NAMED DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT

The undersigned counsel for defendants Glenn Nussdorf, Quality King Distributors, Inc., Quality King Fragrances, Inc. d/b/a Quality Fragrance, Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors, Pro's Choice Beauty Care, Inc., and Deborah International Beauty Ltd. (the "<u>Defendants</u>") hereby certifies as follows:

1.  On September 28, 2023, the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the debtors and debtors-

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

1

in-possession in the above-captioned bankruptcy proceedings, initiated the above-captioned adversary proceeding (the "Adversary Proceeding"). [D.I. 1].

2. On March 22, 2024, the Committee filed the First Amended Complaint (the "FAC") in the Adversary Proceeding. [D.I. 7, 8].

3. No defendant has filed an answer or otherwise responded to the FAC.

4. The Committee and Defendants (together, the "Parties") previously agreed to extend the deadline for Defendants to respond to the FAC to and including June 3, 2024. On May 9, 2024, the Parties filed a stipulation reflecting that agreement. [D.I. 20].

5. The Parties have agreed to further extend the deadline for Defendants to answer, move, or otherwise respond to the FAC to and including June 21, 2024. The Parties entered a stipulation reflecting their agreement to extend the deadline for Defendants to answer, move, or otherwise respond to the FAC to and including June 21, 2024. A copy of the stipulation is attached as **Exhibit 2**.

6. A proposed order that approves the stipulation and sets the deadline for Defendants to answer, move, or otherwise respond to the FAC as June 21, 2024 is attached as **Exhibit 1**.

**WHEREFORE**, Defendants respectfully request that the Court enter the proposed order attached hereto as **Exhibit 1** at its earliest convenience. Counsel is available at the request of the Court.

Dated: June 3, 2024

**GREENBERG TAURIG, LLP**

*/s/ Dennis A. Meloro*
Dennis A. Meloro (No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
Tel.: (302) 661-7395
Fax: (302) 661-7360
Email: dennis.meloro@gtlaw.com

*Counsel for Defendants Glenn Nussdorf, Quality King Distributors, Inc., Quality King Fragrances, Inc. d/b/a Quality Fragrance, Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors, Pro's Choice Beauty Care, Inc., and Deborah International Beauty Ltd.*