# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Pack Liquidating, LLC, *et al.*[1] | : | Case No. 22–10797 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| --- | : | |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates, | : : : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 23–50590 (CTG) |
| v. | : | |
| | : | |
| Andrew Vagenas, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATION OF COUNSEL REGARDING EXTENSION OF TIME FOR DEFENDANTS SEALED AIR CORPORATION (US), AUTOMATED PACKAGING SYSTEMS, AND SHANKLIN CORPORATION TO RESPOND TO <u>THE AMENDED COMPLAINT</u>

I, Mary E. Augustine, counsel for the Official Committee of Unsecured Creditors (the "Committee") of Pack Liquidating, LLC, *et al.*, hereby certify and state as follows:

1. On May 6, 2024, the Committee filed the *Stipulation for Extension of Time for Defendants Sealed Air Corporation (US), Automated Packaging Systems, and Shanklin Corporation to Respond to the Complaint* [DI 18] that provided Sealed Air Corporation (US), Automated Packaging Systems, and Shanklin Corporation (collectively, the "Defendants") until June 4, 2024 to respond to the Amended Complaint [D.I. 7].

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

2. The Parties have conferred and stipulate to further extend the time within which the Defendants may answer, move, or otherwise plead to the Amended Complaint [Adv. D.I. 7] to and including July 5, 2024. A copy of the *Stipulation Extending Time for Defendants Sealed Air Corporation (US), Automated Packaging Systems, and Shanklin Corporation to Respond to the Complaint* (the "Stipulation") is attached hereto as Exhibit A. A proposed form of order (the "Order") approving the Stipulation is attached hereto as Exhibit B.

WHEREFORE, the Committee respectfully requests entry of the Order at the Court's earliest convenience.

| | |
|---|---|
| Dated: June 3, 2024 | Dated: June 3, 2024 |
| **A.M. SACCULLO LEGAL, LLC** | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| /s/ *Mary Augustine* | /s/ *Peter J. Haley* |
| Anthony M. Saccullo, Esq. | Peter J. Haley, Esq. |
| Mark T. Hurford, Esq. | One Financial Center, 35th Floor |
| Mary Augustine, Esq. | Boston, Massachusetts 02111 |
| 27 Crimson King Drive | Telephone: (617) 217-4714 |
| Bear, DE 19701 | Facsimile: (617) 217-4710 |
| Telephone: (302) 836-8877 | Email: peter.haley@nelsonmullins.com |
| Facsimile: (302) 836-8787 | |
| Email: AMS@saccullolegal.com | -and- |
|     Mark@saccullolegal.com | |
|     Meg@saccullolegal.com | William D. Sullivan, Esq. |
| | **SULLIVAN HAZELTINE ALLINSON LLC** |
| -and- | 919 North Market Street, Suite 420 |
| | Wilmington, DE 19801 |
| Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292 | Telephone: (302) 428-8191 |
| Nicholas C. Brown, Esq., NC SBN 38054 | Email: bsullivan@sha-llc.com |
| **ASK LLP** | |
| 2600 Eagan Woods Drive, Suite 400 | *Counsel for the Defendants* |
| St. Paul, MN 55121 | |
| Telephone: (651) 289-3846 | |
| Fax: (651) 406-9665 | |
| Email: nbrown@askllp.com | |
| | |
| -and- | |

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342

*Special Litigation Counsel to the Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al.*