# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Pack Liquidating, LLC, *et al.*[3] | : | Case No. 22–10797 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ──────────────────────────── | : | |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates, | : : : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 23–50590 (CTG) |
| v. | : | |
| | : | |
| Andrew Vagenas, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| ──────────────────────────── | x | |

## ORDER APPROVING STIPULATION EXTENDING THE TIME FOR DEFENDANTS THE EMERSON GROUP, EMERSON HEALTHCARE, LLC, AND SCOTT EMERSON TO RESPOND TO THE AMENDED COMPLAINT

Upon consideration of the stipulation (the "Stipulation") of the Official Committee of Unsecured Creditors (the "Committee") of Pack Liquidating, LLC, *et al.*, and S. Emerson Group, Inc. d/b/a The Emerson Group, Emerson Healthcare, LLC, and Scott Emerson (collectively, the "Defendants"), to further extend the time within which the Defendants may answer, move, or otherwise plead to the Amended Complaint [Adv. D.I. 7] to and including July 12, 2024; it is HEREBY ORDERED that the STIPULATION is APPROVED.

**Dated: June 7th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[3] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

00667336

**EXHIBIT 1**

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Pack Liquidating, LLC, *et al.*[2] | : | Case No. 22–10797 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ---------------------------------------------------------- | : | |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates, | : : : : | |
| Plaintiff, | : : | Adv. Pro. No. 23–50590 (CTG) |
| v. | : : | |
| Andrew Vagenas, *et al.*, | : : | |
| Defendants. | : | |
| ----------------------------------------------------------x | | |

## STIPULATION EXTENDING THE TIME FOR DEFENDANTS THE EMERSON GROUP, EMERSON HEALTHCARE, LLC, AND SCOTT EMERSON TO RESPOND TO THE COMPLAINT

The Official Committee of Unsecured Creditors (the "Committee") of Pack Liquidating, LLC, *et al.*, and S. Emerson Group, Inc. d/b/a The Emerson Group, Emerson Healthcare, LLC, and Scott Emerson (collectively, the "Defendants"), hereby stipulate and agree to further extend the time within which the Defendants may answer, move, or otherwise plead to the Amended Complaint [Adv. D.I. 7] to and including July 12, 2024.

Remainder of page intentionally left blank.

---

[2] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

| Dated: June 6, 2024 | Dated: June 6, 2024 |
|---|---|
| **A.M. SACCULLO LEGAL, LLC** | **COOCH AND TAYLOR, P.A.** |

<table>
<tr><td>

/s/ *Mark T. Hurford*
Anthony M. Saccullo, Esq.
Mark T. Hurford, Esq.
Mary Augustine, Esq.
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: AMS@saccullolegal.com
      Mark@saccullolegal.com
      Meg@saccullolegal.com

-and-

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Nicholas C. Brown, Esq., NC SBN 38054
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3846
Fax: (651) 406-9665
Email: nbrown@askllp.com

-and-

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342


*Special Litigation Counsel to the Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al.*

</td><td valign="top">

/s/ *Grant Dick IV*
R. Grant Dick IV (No. 5123)
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 984-3867
Facsimile: (302) 984-3939
Email: gdick@coochtaylor.com

*Counsel for Defendants S. Emerson Group, Inc. d/b/a The Emerson Group; Emerson Healthcare, LLC; and Scott Emerson*

</td></tr>
</table>