# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC, *et al.*,[1] | Chapter 11<br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>              Plaintiff,<br><br>    v.<br><br>Andrew Vagenas; 62 Castle Ridge LLC; Bradley Tramunti; Milend LLC; Gioia Ventures LLC; James Mastronardi; PPJDM LLC; JFMW Capital LLC; Jonathan Webb; Adam Berkowitz; 710 Holdings LLC; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB HyHo; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC,<br><br>              Defendants. | Adv. Pro. No. 23-50590 (CTG) |

## QK DEFENDANTS' MOTION TO ENLARGE THE PAGE LIMIT FOR THE MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

Defendants Glenn Nussdorf, Quality King Distributors, Inc., Quality King Fragrances, Inc. d/b/a Quality Fragrance, Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors, Pro's Choice Beauty Care, Inc., and Deborah International Beauty Ltd. ("**QK Defendants**") hereby move to enlarge the page limit for the memorandum of law in support of the QK Defendants' Motion to Dismiss ("**Motion to Enlarge**"). In support of this Motion to Enlarge, the QK Defendants state as follows:

### BACKGROUND

1. On September 28, 2023, the Official Committee of Unsecured Creditors (the "**Committee**") of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the debtors and debtors-in-possession in the above-captioned bankruptcy proceedings, initiated the above-captioned adversary proceeding (the "**Adversary Proceeding**") in the United States Bankruptcy Court for the District of Delaware (this "**Court**"). [D.I. 1].

2. On March 22, 2024, the Committee filed the First Amended Complaint (the "**FAC**") in the Adversary Proceeding. [D.I. 7, 8].

3. No defendant has filed an answer or otherwise responded to the FAC.

4. The Committee and the QK Defendants (together, the "**Parties**") agreed to extend the deadline for Defendants to respond to the FAC to and including June 21, 2024. To that end, on June 3, 2024, the Committee filed the *Certification of Counsel Regarding Order Extending Time for Above-Named Defendants to Respond to First Amended Complaint*, which requested that the Court enter an order setting June 21, 2024 as the deadline for Defendants to answer, move, or otherwise respond to the FAC. [D.I. 27]. On June 4, 2024, this Court entered such an order. [D.I. 30].

## RELIEF REQUESTED

5. By this Motion to Enlarge, the QK Defendants respectfully request the entry of an order substantially in the form attached hereto as Exhibit A (the "**Proposed Order**"), authorizing the QK Defendants to exceed the limit for responsive pleadings imposed by Rule 7007-2(a)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**" or each a "**Local Rule**"). Defendants request an additional 25 pages for their Motion to Dismiss (as defined below) for a revised page limit of 55 pages total.

## BASIS FOR RELIEF

6. Local Rule 7007-2(a)(iv) provides in relevant part:

> Without leave of court, no opening or answering brief shall exceed thirty (30) pages . . . exclusive of any tables of contents and citations.

7. The FAC, exclusive of its exhibits, has more than 400 paragraphs and is over 92 pages long. The FAC asserts 26 counts, 19 of which are against various of the QK Defendants. There are diverse causes of action, including multiple claims under the Bankruptcy Code, contract-based claims, claims sounding in tort, and claims seeking equitable remedies. They are based on a range of conduct that is alleged to have taken place over a period of approximately eight years.

8. In addition, Exhibit A to the FAC contains multiple spreadsheets, including four spreadsheets related to four of the QK Defendants[2] that span a total of 37 pages.

9. The QK Defendants intend to file one motion to dismiss (the "**Motion to Dismiss**") to address the allegations against them and have endeavored to make the response as succinct as possible. Because of the scope and variety of the FAC's allegations—as well as the complex legal

---

[2] Those four QK Defendants are Quality King Distributors, Inc., Quality King Fragrances, Inc. d/b/a Quality Fragrance, Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors, Pro's Choice Beauty Care, Inc.

issues raised in this case—the QK Defendants request that the Court enlarge the page limit by 25 pages. The requested enlargement will allow the QK Defendants to fully respond to the FAC and the allegations levied against them.

10. Authorizing the Motion to Dismiss to exceed the page limitation set under Local Rule 7007-2 by 25 pages is reasonable and appropriate under the circumstances. In light of the FAC's length and complexity, the QK Defendants submit that there is ample justification for the relief requested herein.

## CONCLUSION

**WHEREFORE**, the QK Defendants respectfully request that this Court enter the Proposed Order, substantially in the form attached hereto as Exhibit A (i) enlarging the page limitation imposed by Local Rule 7007-2 by 25 pages so that Defendants may file a Motion to Dismiss of up to 55 pages, and (ii) granting such other and further relief as is just and proper.

[*Remainder of this page intentionally left blank*]

| Dated: June 21, 2024 | Respectfully submitted, |
| Wilmington, Delaware | |

**GREENBERG TAURIG, LLP**

*/s/ Anthony W. Clark*
Anthony W. Clark (DE Bar No. 2051)
Dennis A. Meloro (DE Bar No. 4435)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801
Tel.: (302) 661-7000
Email: anthony.clark@gtlaw.com
       dennis.meloro@gtlaw.com

- and -

J. Gregory Milmoe (*pro hac vice* pending)
Alison T. Holdway (*pro hac vice*)
One International Place, Suite 2000
Boston, Massachusetts 02110
Tel.: (617) 310-6000
Email: milmoeg@gtlaw.com
       alison.holdway@gtlaw.com

- and -

Stephen Woo Kee (*pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Tel.: (212) 801-9200
Email: esteban.wookee@gtlaw.com

*Counsel for Defendants Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; and Deborah International Beauty Ltd.*