IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------x
In re:                                              :
                                                    :      Chapter 11
Pack Liquidating, LLC, *et al.*[3]                  :      Case No. 22–10797 (CTG)
                                                    :
                    Debtors.                        :      (Jointly Administered)
--------------------------------------------------- :
Official Committee of Unsecured Creditors of        :
Pack Liquidating, LLC, *et al.*, derivatively, on   :
behalf of the Debtors' estates,                     :
                                                    :
                    Plaintiff,                      :
                                                    :      Adv. Pro. No. 23–50590 (CTG)
            v.                                      :
                                                    :
Andrew Vagenas, *et al.*,                           :
                                                    :
                    Defendants.                     :
----------------------------------------------------------x

**ORDER APPROVING STIPULATION EXTENDING THE TIME FOR DEFENDANTS ANDREW VAGENAS, 62 CASTLE RIDGE LLC, BRADLEY TRAMUNTI, MILEND LLC, GIOIA VENTURES LLC, JAMES MASTRONARDI, PPJDM LLC, JFMW CAPITAL LLC, ADAM BERKOWITZ, AND 710 HOLDINGS LLC TO RESPOND TO THE AMENDED COMPLAINT**

Upon consideration of the stipulation (the "Stipulation") of the Official Committee of Unsecured Creditors (the "Committee") of Pack Liquidating, LLC, *et al.*, and Andrew Vagenas, 62 Castle Ridge LLC, Bradley Tramunti, Milend LLC, Gioia Ventures LLC, James Mastronardi, PPJDM LLC, JFMW Capital, LLC, Adam Berkowitz, and 710 Holdings LLC, (collectively, the "Defendants") to further extend the time within which the Defendants may answer, move, or otherwise plead to the Amended Complaint [Adv. D.I. 7] to and including July 19, 2024; it is HEREBY ORDERED that the STIPULATION is APPROVED.

**Dated: June 28th, 2024**
**Wilmington, Delaware**

                                              **CRAIG T. GOLDBLATT**
                                              **UNITED STATES BANKRUPTCY JUDGE**

---

[3] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

7

# **EXHIBIT 1**

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Pack Liquidating, LLC, *et al.*[2] | : | Case No. 22–10797 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ---------------------------------------------------------- | : | |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates, | : : : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 23–50590 (CTG) |
| v. | : | |
| | : | |
| Andrew Vagenas, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| ----------------------------------------------------------x | | |

**STIPULATION EXTENDING THE TIME FOR
DEFENDANTS ANDREW VAGENAS, 62 CASTLE RIDGE LLC, BRADLEY
TRAMUNTI, MILEND LLC, GIOIA VENTURES LLC, JAMES MASTRONARDI,
PPJDM LLC, JFMW CAPITAL LLC, ADAM BERKOWITZ, AND 710 HOLDINGS LLC
<u>TO RESPOND TO THE COMPLAINT</u>**

The Official Committee of Unsecured Creditors (the "Committee") of Pack Liquidating, LLC, *et al.*, and Andrew Vagenas, 62 Castle Ridge LLC, Bradley Tramunti, Milend LLC, Gioia Ventures LLC, James Mastronardi, PPJDM LLC, JFMW Capital, LLC, Adam Berkowitz, and 710 Holdings LLC, (collectively, the "Defendants") hereby stipulate and agree to further extend the time within which the Defendants may answer, move, or otherwise plead to the Amended Complaint [Adv. D.I. 7] to and including July 19, 2024.

---

[2] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

| | |
|---|---|
| Dated: June 27, 2024 | Dated: June 27, 2024 |
| **A.M. SACCULLO LEGAL, LLC** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| /s/ *Mary Augustine*<br>Anthony M. Saccullo, Esq.<br>Mark T. Hurford, Esq.<br>Mary Augustine, Esq.<br>27 Crimson King Drive<br>Bear, DE 19701<br>Telephone: (302) 836-8877<br>Facsimile: (302) 836-8787<br>Email: AMS@saccullolegal.com<br>        Mark@saccullolegal.com<br>        Meg@saccullolegal.com | */s/ Kate Scherling*<br>Kate Scherling<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7178<br>Email: katescherling@quinnemanuel.com |
| *-and-* | *-and-* |
| Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292<br>Nicholas C. Brown, Esq., NC SBN 38054<br>**ASK LLP**<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>Telephone: (651) 289-3846<br>Fax: (651) 406-9665<br>Email: nbrown@askllp.com | Christopher Desiderio, Esq.<br>NIXON PEABODY LLP<br>55 West 46th St.<br>New York, NY 10036<br>Telephone: (212) 940-3000<br>cdesiderio@nixonpeabody.com |
| *-and-* | |
| Edward E. Neiger, Esq.<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342 | *Counsel for the Defendants* |
| *Special Litigation Counsel to the Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al.* | |