# EXHIBIT 1

**Stipulation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Pack Liquidating, LLC, *et al.*[2]<br><br>                       Debtors. | Chapter 11<br>Case No. 22–10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>                       Plaintiff,<br><br>      v.<br><br>Andrew Vagenas, *et al.*,<br><br>                       Defendants. | Adv. Pro. No. 23–50590 (CTG) |

## STIPULATION EXTENDING THE TIME FOR DEFENDANTS RB HEALTH (US) LLC, RECKITT BENCKISER LLC D/B/A RB HYHO, MEAD JOHNSON & COMPANY LLC, NITISH KAPOOR AND ARJUN PURKAYASTHA TO RESPOND TO THE COMPLAINT

The Official Committee of Unsecured Creditors (the "Committee") of Pack Liquidating, LLC, *et al.*, and RB Health (US) LLC, Reckitt Benckiser LLC d/b/a RB HyHo, Mead Johnson & Company LLC, Nitish Kapoor and Arjun Purkayastha (collectively, the "Defendants"), hereby stipulate and agree to further extend the time within which the Defendants may answer, move, or otherwise plead to the Amended Complaint [Adv. D.I. 7] to and including August 5, 2024.

Remainder of page intentionally left blank.

---

[2] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

| | |
|---|---|
| Dated: July 2, 2024 | Dated: July 2, 2024 |
| A.M. SACCULLO LEGAL, LLC | SAUL EWING LLP |
| /s/ *Mary Augustine* | /s/ *Evan T. Miller* |
| Anthony M. Saccullo, Esq. | Evan T. Miller (DE Bar No. 5364) |
| Mark T. Hurford, Esq. | 1201 N. Market Street, Suite 2300 |
| Mary Augustine, Esq. | P.O. Box 1266 |
| 27 Crimson King Drive | Wilmington, DE 19899 |
| Bear, DE 19701 | Telephone: (302) 421-6800 |
| Telephone: (302) 836-8877 | Email: evan.miller@saul.com |
| Facsimile: (302) 836-8787 | |
| Email: AMS@saccullolegal.com | |
| Mark@saccullolegal.com | |
| Meg@saccullolegal.com | |
| -and- | -and- |
| Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292 | Joseph L. Schwartz (JS-5525) |
| Nicholas C. Brown, Esq., NC SBN 38054 | (admitted pro hac vice) |
| ASK LLP | Tara J. Schellhorn (TS-8155) |
| 2600 Eagan Woods Drive, Suite 400 | (admitted pro hac vice) |
| St. Paul, MN 55121 | RIKER DANZIG LLP |
| Telephone: (651) 289-3846 | Headquarters Plaza |
| Fax: (651) 406-9665 | One Speedwell Avenue |
| Email: nbrown@askllp.com | Morristown, NJ 07962 |
| | Telephone: (973) 538-0800 |
| -and- | Email: jschwartz@riker.com |
| | tschellhorn@riker.com |
| Edward E. Neiger, Esq. | |
| 60 East 42nd Street, 46th Floor | |
| New York, NY 10165 | |
| Telephone: (212) 267-7342 | |
| *Special Litigation Counsel to the Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al.* | *Counsel for the Reckitt Defendants* |