# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 22-10797 (CTG) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al., derivatively, on behalf of the Debtors' estates,<br><br>        Plaintiff,<br><br>-against-<br><br>Andrew Vagenas; 62 Castle Ridge LLC; Bradley Tramunti; Milend LLC; Gioia Ventures LLC; James Mastronardi; PPJDM LLC; JFMW Capital LLC; Jonathan Webb; Adam Berkowitz; 710 Holdings LLC; Glen Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB HyHo; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC,<br><br>        Defendants. | Adv. Pro. No. 23-50590 (CTG)<br><br><br>**Re: Adv. Pro. D.I. 70** |

# MOTION FOR AN ORDER TO EXCEED THE PAGE LIMITATION WITH RESPECT TO THE MEMORANDUM OF LAW IN SUPPORT OF MOTION BY DEFENDANT JONATHAN WEBB TO DISMISS THE FIRST AMENDED COMPLAINT

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

Defendant Jonathan Webb ("Mr. Webb") hereby files this motion (the "Motion") for an order, in the form attached hereto as **Exhibit A** (the "Proposed Order"), granting Defendant leave to exceed the thirty (30) page limitation set forth in Rule 7007-2(a)(iv) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") in connection with the *Memorandum of Law in Support of Motion by Defendant Jonathan Webb to Dismiss Complaint* (the "Open. Br."). In support this Motion, Mr. Webb respectfully states as follows:

1.      On March 22, 2024, Official Committee of Unsecured Creditors filed the First Amended Complaint (the "Complaint") [Adv. D.I. 7].

2.      On June 14, 2024, the Court entered the *Order Approving Extending the Time for Defendant Jonathan Webb to Respond to the Amended Complaint* [Adv. D.I. 41], setting July 12, 2024 as the deadline for Mr. Webb to answer, move, or otherwise respond to the Complaint.

3.      On July 12, 2024, Mr. Webb filed his *Motion to Dismiss the First Amended Complaint* [Adv. D.I. 69] and the supporting Open. Br. [Adv. D.I. 70].

4.      Local Rule 7007-2(a)(iv) provides that no opening brief shall exceed 30 pages in length without leave of the Court. Del. Bankr. L. R. 7007-2(a)(iv). Defendant hereby requests for an additional eleven (11) pages for his Open. Br.

5.      Granting leave to file the Open. Br. in excess of 30 pages is reasonable and appropriate under the circumstances. The Complaint, exclusive of its exhibits, is over 92 pages long and contains 400+ paragraphs. The Complaint asserts 26 counts, 11 of which are against Mr. Webb. There are diverse causes of action, including multiple claims under the Bankruptcy Code, contract-based claims, claims sounding in tort, and claims seeking equitable remedies. They are

based on a range of conduct that is alleged to have taken place over a period of approximately eight years.

6.      Mr. Webb has made the Open. Br. as succinct as possible under the circumstances, but in light of the complexity and importance of the issues, Mr. Webb believes that he would be unable to provide the Court with the information necessary for the full and fair adjudication of such matters within the page limit prescribed by Local Rule 7007-2.   Accordingly, Mr. Webbsubmits that there is more than ample justification for the relief requested herein.

WHEREFORE, Mr. Webb respectfully requests that the Court enter the Proposed Order, granting the relief requested in this Motion and such other and further relief as may be just and proper.

Dated: July 12, 2024

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:  (302) 777-1111
Email:  rosner@teamrosner.com

-and-

**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
Kevin Schlosser, Esq.
Robert F. Regan, Esq.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Email:kschlosser@msek.com
rregan@msek.com

*Counsel to Defendant Jonathan Webb*

# EXHIBIT A

## Proposed Order

In re:

Pack Liquidating, LLC, *et al.*,[2]

Debtors.

Chapter 11

Case No. 22-10797 (CTG)

Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al., derivatively, on behalf of the Debtors' estates,

Plaintiff,

-against-

Andrew Vagenas; 62 Castle Ridge LLC; Bradley Tramunti; Milend LLC; Gioia Ventures LLC; James Mastronardi; PPJDM LLC; JFMW Capital LLC; Jonathan Webb; Adam Berkowitz; 710 Holdings LLC; Glen Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB HyHo; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC,

Defendants.

Adv. Pro. No. 23-50590 (CTG)

**Re: Adv. Pro. D.I. __**

## ORDER GRANTING MOTION FOR AN ORDER
## TO EXCEED THE PAGE LIMITATION WITH RESPECT TO THE
## MEMORANDUM OF LAW IN SUPPORT OF MOTION BY DEFENDANT
## JONATHAN WEBB TO DISMISS THE FIRST AMENDED COMPLAINT

---

[2]   The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

Upon the motion, dated July 12, 2024 (the "<u>Motion</u>"), by Defendant Jonathan Webb (the "<u>Defendant</u>") for entry of an order granting Defendant leave to exceed the page limitation imposed by Local Rule 7007-2(a)(iv) in connection with the *Memorandum of Law in Support of Motion by Defendant Jonathan Webb to Dismiss the First Amended Complaint* (the "<u>Open. Br.</u>") [Adv. D.I. 70], all as more fully set forth in the Motion; the Court having considered the Motion; the Court finding that (a) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 157 and 1334 and (b) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Defendant is authorized to file the Open. Br. in excess of the page limitations prescribed by Local Rule 7007-2(a)(iv).

3. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.