# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pack Liquidating, LLC, et al.,[1] | Case No. 22-10797 (CTG) |
| Debtors | (Jointly Administered) |
| | |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al., derivatively, on behalf of the Debtors' estates, | Adv. Pro. No. 23-50590 (CTG) |
| Plaintiff, | **DECLARATION OF JAMES C. TECCE IN SUPPORT OF JOINT MOTION OF ADAM BERKOWITZ, JAMES MASTRONARDI, BRADLEY TRAMUNTI, ANDREW VAGENAS, AND CERTAIN AFFILIATED ENTITIES, PURSUANT TO FEDERAL RULE 12(b)(6), TO DISMISS WITH PREJUDICE COUNT 9, COUNT 10, AND COUNTS 14-26 OF FIRST AMENDED COMPLAINT** |
| v. | |
| Andrew Vagenas; 62 Castle Ridge, LLC; Bradley Tramunti; Milend LLC; Gioia Ventures LLC; James Mastronardi; PPJDM LLC; JFMW Capital LLC; Jonathan Webb; Adam Berkowitz; 710 Holdings LLC; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrance, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB HyHo; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC, | |
| Defendants. | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Pack Liquidating, LLC (6932); GV Liquidating LLC (1513); PM Liquidating, LLC (6006); PP Liquidating, LLC (6676); PV Liquidating, LLC (1172); and AB Liquidating, LLC (8582). The location of the Debtors' service address in these chapter 11 cases is c/o Cooley LLP, 55 Hudson Yards, New York, NY 10001.

I, James C. Tecce, hereby declare under penalty of perjury:

1.  I am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Andrew Vagenas and 62 Castle Ridge LLC, defendants in the above-captioned adversary proceeding.

2.  I respectfully submit this declaration in support of the Joint Motion of Adam Berkowitz, James Mastronardi, Bradley Tramunti, Andrew Vagenas, and Certain Affiliated Entities, Pursuant to Federal Rule 12(b)(6), to Dismiss With Prejudice Count 9, Count 10, and Counts 14-26 of the First Amended Complaint.

3.  Unless otherwise stated, I make this declaration based on my personal knowledge.

4.  Attached hereto as **Exhibit 1** is a true and correct copy of the Entourage Commerce, LLC Amended and Restated Limited Liability Company Agreement, dated as of November 6, 2020.

5.  Attached hereto as **Exhibit 2** is a true and correct copy of the Entourage Commerce, LLC Series B Preferred Unit Purchase Agreement, dated November 6, 2020.

6.  Attached hereto as **Exhibit 3** is a true and correct copy of The Carlyle Group, Inc. annual report for the year ended December 31, 2023, filed on Form 10-K, dated February 22, 2024.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2024.

                                                    */s/ James C. Tecce*
                                                      James C. Tecce
                                                      (admitted *pro hac vice*)