## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC, *et al.*,[1] | Chapter 11<br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>Plaintiff,<br><br>v.<br><br>Andrew Vagenas; 62 Castle Ridge LLC; Bradley Tramunti; Milend LLC; Gioia Ventures LLC; James Mastronardi; PPJDM LLC; JFMW Capital LLC; Jonathan Webb; Adam Berkowitz; 710 Holdings LLC; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB HyHo; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC,<br><br>Defendants. | Adv. Pro. No. 23-50590 (CTG)<br><br><br>Ref. Docket No. 51, 101, and 233 |

## <u>ORDER</u>

Upon consideration of the Motion to Dismiss the First Amended Complaint [D.I. 51] (the "Motion to Dismiss") and Motion to Strike the Second Amended Complaint[2] or Deny Leave to

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC (collectively, the "**Debtors**").

Amend or, in the Alternative, Renewed Motion to Dismiss [D.I. 101] (the "Motion to Strike") filed by Defendants Glenn Nussdorf, Quality King Distributors, Inc., Quality King Fragrances, Inc. d/b/a Quality Fragrance, Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors, Pro's Choice Beauty Care, Inc., and Deborah International Beauty Ltd. (together, the "QK Defendants"), and for the reasons set forth in the Memorandum Opinion entered on September 5, 2025 [D.I. 233], it is hereby

ORDERED that the Motion to Dismiss is granted solely with respect to all QK Defendants as to Counts VII, VIII, IX, X, XII, XIII, XIV, XV,  XVIII, XIX, XXI, XXII, XXIII, XXIV, XXV, and XXVI of the Second Amended Complaint; and it is further

ORDERED that the Motion to Dismiss is (i) denied as to Counts XI and XVI of the Second Amended Complaint with respect to any transfers alleged to have been made within 90 days of the petition date  to Defendants Quality King Fragrances, Inc. and Pro's Choice Beauty Care, Inc. (collectively, the "Remaining QK Defendants") (the only QK Defendants alleged to have received transfers within 90 days of the petition date), and (ii) granted as to Counts XI and XVI of the Second Amended Complaint against all QK Defendants who are not the Remaining QK Defendants; and it is further

ORDERED that the Motion to Dismiss is (i) denied as to Count XVII of the Second Amended Complaint against the Remaining QK Defendants, and (ii) granted as to Count XVII of the Second Amended Complaint against all QK Defendants who are not the remaining QK Defendants; and it is further

ORDERED that the Motion to Strike is denied.

**Dated: October 2nd, 2025**
**Wilmington, Delaware**

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

---

[2] The Second Amended Complaint is at D.I. 98.