**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC (f/k/a Packable Holdings, LLC)., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>        Plaintiff,<br>v.<br><br>Andrew Vagenas; 62 Castle Ridge LLC; Bradley Tramunti; Milend LLC; Gioia Ventures, LLC; James Mastronardi; PPJDM LLC; JFMW Capital LLC; Jonathan Webb; Adam Berkowitz; 710 Holdings LLC; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB Hy Ho; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC,<br><br>        Defendants. | Adv. Pro. No. 23-50590 (CTG)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Hearing Date: December 8, 2025 at 1:00 p.m.<br>Objection Deadline: December 1, 2025 at 4:00 p.m. |

**MOTION TO MODIFY CAPTION TO REMOVE CERTAIN DISMISSED**
**DEFENDANTS**

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC (collectively, the "Debtors").

1

The Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates (the "<u>Plaintiff</u>" or "<u>Committee</u>"), hereby moves (this "<u>Motion to Amend</u>") this Court for entry of an order, substantially in the form submitted herewith, to modify the case caption to remove certain dismissed defendants pursuant to Rule 9004-1(c) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>").  In support of the relief requested in this Motion to Amend, the Plaintiff respectfully states as follows:

### Jurisdiction

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(b), and the Amended Standing Order of Reference from the U.S. District Court for the District of Delaware, dated February 29, 2012.  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408-1409.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Pursuant to Local Rule 7008-1, Plaintiff consents to the entry of final orders and judgments by the Court in connection with this Motion to Amend to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

3. The basis for the relief requested in this Motion to Amend is Local Rule 9004-1(c).

### Background

4. On August 28, 2022, each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").  The Debtors remain in possession of their assets and have continued to operate and manage their businesses as debtors-in-possession.

5. On May 19, 2023, the Court entered an order approving the *Stipulation and Order Granting Derivative Standing to the Official Committee of Unsecured Creditors to Commence Preference and Related Chapter 5 Litigation Claims on Behalf of the Debtors' Estates*,[2] pursuant to which the Committee was granted standing to investigate, assert, and settle preference claims and related Chapter 5 causes of action (the "Chapter 5 Avoidance Actions") on behalf of the Debtors' estates.

6. On September 20, 2023, the Court entered the *Order Approving Procedures Regarding Settlements of Avoidance Claims Pursuant to Bankruptcy Rule 9019(b)* (the "Settlement Procedures Order").[3] Among other things, the Settlement Procedures Order provides that the Committee shall seek court approval under Bankruptcy Rule 9019 for the settlement of any avoidance claims against insiders or with gross transfers in excess of $500,000.

7. On September 28, 2023, the Committee filed the *Motion of the Official Committee of Unsecured Creditors for an Order Confirming the Committee's Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates*[4] seeking leave, standing and authority to commence, prosecute and settle breach of fiduciary duty and similar claims (collectively, the "BOFD Claims") on behalf of the Debtors' estates against certain of the above-captioned defendants. The Committee also initiated the above-captioned adversary proceeding (the "Adversary Proceeding") on that same date.

---

[2] Docket No. 769.
[3] Docket No. 1011.
[4] Docket No. 1026.

8. On February 2, 2024, the Court entered the *Memorandum Opinion*[5] concluding that the Court "will grant in part and deny in part the Committee's motion for derivative standing to pursue the breach of fiduciary duty claims."

9. On March 22, 2024, the Committee filed the *First Amended Complaint*.[6]

10. On April 5, 2024, the Court entered the *Order Granting Motion of Official Committee of Unsecured Creditors for an Order Confirming the Committee's Leave, Standing and Authority to Commence, Prosecute and Settle Certain Claims on Behalf of the Debtors' Estates and Related Relief*.[7]

11. Between July 12, 2024 and August 9, 2024, various defendants filed motions seeking to dismiss the *First Amended Complaint* including (i) the Founders;[8] (ii) Webb;[9] (iii) McKesson;[10] and (iv) Emerson.[11]

12. In response to the various motions to dismiss, on September 16, 2024, the Committee filed the *Second Amended Complaint*.[12]

13. Thereafter, various defendants filed motions to dismiss or strike the *Second Amended Complaint*.[13]

14. In August 2024, the Plaintiff and Reckitt participated in an initial mediation.[14]

---

[5] Docket No. 1231.
[6] Adv. Docket Nos. 7, 8.
[7] Docket No. 1295.
[8] Adv. Docket Nos. 76-78, 94, 95.
[9] Adv. Docket Nos. 69-71.
[10] Adv. Docket No. 86.
[11] Adv. Docket Nos. 72-74.
[12] Adv. Docket Nos. 98, 157.
[13] *See* Adv. Docket Nos. 101-106, 113-118, 129-134, 139-144.
[14] *See* Adv. Docket No. 83.

15. From December 2024 through February 2025, certain of the defendants to the Adversary Proceeding participated in mediation before The Honorable Gerald Rosen (Ret.).

16. Thereafter, the Plaintiff and certain Defendants to the Adversary Proceeding entered into the *Settlement Agreement Regarding Adversary Claims Asserted by Plaintiff Against the Founders, Webb, Reckitt, McKesson, and Emerson* (the "Settlement Agreement").

17. On May 13, 2025, the Court approved the Settlement Agreement.[15] The Court also approved a settlement agreement with Defendants Sealed Air Corporation (US), Shanklin Corp., and Automated Packaging Systems (the "Sealed Air Settlement Agreement").[16]

18. After the approval of the Settlement Agreement and Sealed Air Settlement Agreement, only Alter Domus (US) LLC ("Alter Domus"), Deborah International Beauty Ltd., Glenn Nussdorf, Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors, Pro's Choice Beauty Care, Inc., Quality King Distributors, Inc., Quality King Fragrances, Inc. d/b/a Quality Fragrance (collectively, the "Quality King Defendants") remained in the Adversary Proceeding.

19. On September 5, 2025, this Court entered the Memorandum Opinion regarding the motion to strike and dismiss filed by the Quality King Defendants.[17]

20. On October 2, 2025, the Court entered the Order regarding Motion to Dismiss and Motion to Strike Filed by QK Defendants.[18] Quality King Fragrances, Inc., Pro's Choice Beauty Care, Inc., and Alter Domus (US) LLC are now the only remaining defendants in the Adversary Proceeding.

---

[15] Docket No. 1704.

[16] Docket No. 1705.

[17] Adv. Docket No. 233.

[18] Adv. Docket No. 237.

**Relief Requested**

21.     By this Motion to Amend, Plaintiff requests that the Adversary Proceeding caption be amended to the following:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC (f/k/a Packable Holdings, LLC)., *et al*.,<br><br>          Debtors. | Chapter 11<br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>          Plaintiff,<br>v.<br><br>Jonathan Webb; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB Hy Ho; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC,<br><br>          Defendants. | Adv. Pro. No. 23-50590 (CTG) |

**Basis for Relief**

22. Local Rule 9004-1(c) provides that "[t]he case caption only may be modified by order entered by the Court on separate motion filed and served in accordance with Local Rule 9006-1." Del. Bankr. L.R. 9004-1(c). Local Rule 9006-1 requires, *inter alia,* the filing of this Motion to Amend at least 14 days prior to the hearing date on the Motion to Amend with an objection deadline of 7 days prior to the hearing date. Del. Bankr. L.R. 9006-1(c). This Motion to Amend complies with the timing required by Local Rule 9006-1.

23. The Adversary Proceeding caption includes as Defendants certain individuals and entities who have been dismissed from the Adversary Proceeding and have requested removal from the caption. The individuals and entities have requested that they be removed from the Adversary Proceeding caption because they are no longer involved in this litigation. If the dismissed Defendants remain in the Adversary Proceeding caption those defendants believe it may cause confusion in future transactions.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an order modifying the Adversary Proceeding caption as is set forth above to remove certain dismissed Defendants.

Dated: November 21, 2025

**A.M. SACCULLO LEGAL, LLC**

/s/ *Mary Augustine*
Anthony M. Saccullo (No. 4141)
Mark T. Hurford (No. 3964)
Mary Augustine (No. 4477)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: ams@saccullolegal.com
       mark@saccullolegal.com
       meg@saccullolegal.com

*-and-*

Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Nicholas C. Brown, Esq., NC SBN 38054
**ASK LLP**
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Fax: (651) 406-9665
Email: nbrown@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342

*Counsel for the Committee and Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC (f/k/a Packable Holdings, LLC)., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>        Plaintiff,<br>  v.<br><br>Jonathan Webb; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB Hy Ho; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC,<br>,<br>        Defendants. | Adv. Pro. No. 23-50590 (CTG) |

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC (collectively, the "Debtors").

9

## ORDER MODIFYING CAPTION TO REMOVE CERTAIN DISMISSED DEFENDANTS

Upon the motion ("Motion to Amend") of the Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates (the "Plaintiff"), for entry of an order modifying the caption of the above-captioned adversary proceeding to remove certain dismissed defendants filed pursuant to 9004-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and due and proper notice of the Motion to Amend having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there is just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion to Amend is GRANTED.

2. The caption of the above-captioned adversary proceeding is HEREBY AMENDED to the following:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC (f/k/a Packable Holdings, LLC)., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>    Plaintiff, | Adv. Pro. No. 23-50590 (CTG) |

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC (collectively, the "Debtors").

2

|     |
| --- |
|      v.<br><br>Jonathan Webb; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB Hy Ho; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC,<br>,<br>                    Defendants. |

3