**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pack Liquidating, LLC (f/k/a Packable Holdings, LLC)., *et al*.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 22-10797 (CTG)<br><br>(Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates,<br><br>Plaintiff,<br>v.<br><br>Jonathan Webb; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Thomas Rodgers; Carrie Williams; and Alter Domus (US) LLC,<br><br>Defendants. | Adv. Pro. No. 23-50590 (CTG)<br><br><br><br>Re: Docket No. 239 |

## ORDER MODIFYING CAPTION TO REMOVE CERTAIN DISMISSED DEFENDANTS

Upon the motion ("Motion to Amend") of the Official Committee of Unsecured Creditors

of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates (the "Plaintiff"),

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC (collectively, the "Debtors").

1

for entry of an order modifying the caption of the above-captioned adversary proceeding to remove certain dismissed defendants filed pursuant to 9004-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and due and proper notice of the Motion to Amend having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that there is just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

    1.    The Motion to Amend is GRANTED.

    2.    The caption of the above-captioned adversary proceeding is HEREBY AMENDED to the following:

Remainder of page intentionally left blank.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Pack Liquidating, LLC (f/k/a Packable Holdings, LLC)., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br> Case No. 22-10797 (CTG) <br><br> (Jointly Administered) |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates, <br><br> Plaintiff, <br> v. <br><br> Jonathan Webb; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Thomas Rodgers; Carrie Williams; and Alter Domus (US) LLC, <br><br> Defendants. | Adv. Pro. No. 23-50590 (CTG) |

**Dated: December 4th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC (collectively, the "Debtors").

3