IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                    :
                                                          :   Chapter 11
Pack Liquidating, LLC, *et al.*[1]                        :   Case No. 22–10797 (CTG)
                                                          :
                     Debtors.                             :   (Jointly Administered)
---------------------------------------------------------- :
Official Committee of Unsecured Creditors of              :
Pack Liquidating, LLC, *et al.*, derivatively, on         :
behalf of the Debtors' estates,                           :
                                                          :
                     Plaintiff,                           :
                                                          :   Adv. Pro. No. 23–50590 (CTG)
        v.                                                :
                                                          :
Andrew Vagenas, *et al.*,                                 :
                                                          :
                     Defendants.                          :
----------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF COUNSEL**
[Peter Haley – Sealed Air Corporation (US), Shanklin Corp., and
Automated Packaging Systems]

I, Peter J. Haley, withdraw my appearance as counsel to Sealed Air Corporation (US), Shanklin Corp., and Automated Packaging Systems (the "Client") in this matter. The Client will continue to be represented by other counsel of record.

                              */s/ Peter J. Haley*
                              Peter J. Haley (BBO# 543858)
                              peter.haley@nelsonmullins.com
                              Nelson Mullins Riley & Scarborough LLP
                              One Financial Center
                              Boston, MA 02111
                              Tel. (617) 217-4714
Dated: January 8, 2026               Fax. (617) 217-4710

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

4916-6781-6326 v.1

2

**Certificate of Service**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 8, 2026          _/s/ Peter J. Haley_
                                           Peter J. Haley

4916-6781-6326 v.1