IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Pack Liquidating, LLC, *et al.*[1] | : | Case No. 22–10797 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| ------------------------------------------------------- | : | |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates, | : : : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 23–50590 (CTG) |
| v. | : | |
| | : | |
| Jonathan Webb; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB Hy Ho; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC, | : : : : : : : : : : : : : : : : : : | Re:   Docket Nos. 98, 115, 116, 186, 199, 203, 212, 226, 231, 232, 234, 240, 241 and 245 |
| Defendants. | : | |

---

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT
ALTER DOMUS (US) LLC TO RESPOND TO THE
<u>SECOND AMENDED COMPLAINT</u>**

---

[1] The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

1

Upon consideration of the *Stipulation for Extension of Time for Defendant Alter Domus (US) LLC to Respond to the Second Amended Complaint* attached hereto as Exhibit A (the "<u>Stipulation</u>"), it is HEREBY ORDERED that the Stipulation is APPROVED and incorporated herein by reference.

**Dated: January 22nd, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| Pack Liquidating, LLC, *et al.*[1] | : | Case No. 22–10797 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| --------------------------------------------------------- : | | |
| Official Committee of Unsecured Creditors of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the Debtors' estates, | : : : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 23–50590 (CTG) |
| v. | : | |
| | : | |
| Jonathan Webb; Glenn Nussdorf; Quality King Distributors, Inc.; Quality King Fragrances, Inc. d/b/a Quality Fragrance; Olla Beauty Supply, LLC d/b/a Ultra/Standard Distributors; Pro's Choice Beauty Care, Inc.; Deborah International Beauty Ltd.; RB Health (US) LLC; Reckitt Benckiser LLC d/b/a RB Hy Ho; Mead Johnson & Company LLC; McKesson Ventures LLC; McKesson Corporation d/b/a McKesson Medical; McKesson Medical-Surgical Minnesota Supply Inc.; Sealed Air Corporation (US); Shanklin Corp.; Automated Packaging Systems; The Emerson Group; Emerson Healthcare, LLC; Scott Emerson; Nitish Kapoor; Thomas Rodgers; Arjun Purkayastha; Carrie Williams; and Alter Domus (US) LLC, | : : : : : : : : : : : : : : : : | |
| | : | |
| Defendants. | : | |
| ---------------------------------------------------------x | | |

**STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANT ALTER DOMUS (US) LLC TO RESPOND TO
THE SECOND AMENDED COMPLAINT**

---

[1]    The Debtors in these chapter 11 cases are: Pack Liquidating, LLC; GV Liquidating LLC; PM Liquidating, LLC; PP Liquidating, LLC; PV Liquidating, LLC; and AB Liquidating, LLC.

1

The Official Committee of Unsecured Creditors (the "Committee" or "Plaintiff") of Pack Liquidating, LLC, *et al.*, derivatively, on behalf of the debtors and debtors-in-possession in the above-captioned bankruptcy proceedings (collectively, the "Debtors"), and Alter Domus (US) LLC (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendant Alter Domus (US) LLC to Respond to the Second Amended Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. On December 12, 2024, Plaintiff filed the Second Amended Complaint.

2. On January 22, 2025, the Parties agreed and stipulated that the time within which the Defendant may answer, move, or otherwise plead would be extended to March 31, 2025, which stipulation the Court approved by an order dated January 27, 2025.

3. In exchange for Plaintiff's agreement to extend the response deadline to March 31, 2025, the Defendant agreed to waive any issues relating to service of process of the Summons and Second Amended Complaint.

4. On March 27, 2025, the Parties agreed and stipulated that the time within which the Defendant may answer, move, or otherwise plead would be extended to May 30, 2025, which stipulation the Court approved by an order dated April 1, 2025.

5. On May 23, 2025, the Parties agreed and stipulated that the time within which the Defendant may answer, move, or otherwise plead would be extended to July 31, 2025, which stipulation the Court approved by an order dated May 27, 2025.

6. On July 28, 2025, the Parties agreed and stipulated that the time within which the Defendant may answer, move, or otherwise plead would be extended to September 30, 2025, which stipulation the Court approved by an order dated July 30, 2025.

7. On September 19, 2025, the Parties agreed and stipulated that the time within which the Defendant may answer, move, or otherwise plead would be extended to November 30, 2025, which stipulation the Court approved by an order dated September 22, 2025.

8. On November 26, 2025, the Parties agreed and stipulated that the time within which the Defendant may answer, move, or otherwise plead would be extended to January 30, 2026.

9. The Parties hereby agree and stipulate that the time within which the Defendant may answer or otherwise plead is further extended to March 31, 2026.

Dated: January 21, 2026

**A.M. SACCULLO LEGAL, LLC**

*/s/ Mary E. Augustine*
Anthony M. Saccullo (No. 4141)
Mark T. Hurford (No. 3299)
Mary E. Augustine (No. 4477)
27 Crimson King Drive
Bear, DE 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email: ams@saccullolegal.com
          mark@saccullolegal.com
          meg@saccullolegal.com

-and-

**ASK LLP**
Nicholas C. Brown, Esq.
(admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3846
Fax: (651) 406-9665
Email: nbrown@askllp.com

-and-

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342


*Counsel to the Official Committee of Unsecured Creditors of Pack Liquidating, LLC, et al.*

Dated: January 21, 2026

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (No. 3877)
Michael V. DiPietro (No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
Email: cward@polsinelli.com
          mdipietro@polsinelli.com

-and-

**HOLLAND & KNIGHT LLP**
Phillip W. Nelson, Esq.
150 N. Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 578-6584
Email: phillip.nelson@hklaw.com

*Counsel to Defendant Alter Domus (US) LLC*